# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 24, 2025

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

<table>
<tr><td rowspan="4">No. 24-1900</td><td>CHURCH MUTUAL INSURANCE COMPANY,<br>Plaintiff - Appellant</td></tr>
<tr><td>v.</td></tr>
<tr><td>FRONTIER MANAGEMENT, LLC, et al.,<br>Defendants - Appellees</td></tr>
</table>

| Originating Case Information: |
| --- |
| District Court No: 1:23-cv-00164 |
| Northern District of Illinois, Eastern Division |
| District Judge Harry D. Leinenweber |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)